# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BERISH BERGER, et al.,** | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **RICHARD ZEGHIBE, et al.,** | : | No. 08-5861 |
| Defendants. | : | |

## ORDER

**AND NOW**, this **24th** day of **September**, **2010**, upon consideration of Eli Weinstein and Pine Projects LLC's Post Trial Motion to Alter or Amend the Judgment and for a New Trial, the responses of Plaintiffs and Defendants Ravinder Chawla, World Acquisition Partners Corporation, 2040 Market Associates, LP, JFK Blvd Acquisition Partners, L.P., and Richard Zeghibe thereto, and for the reasons stated in the Memorandum dated September 24, 2010, it is hereby **ORDERED** that Defendants Eli Weinstein and Pine Projects LLC's Motion to Alter Judgment and for New Trial (Document No. 264) is **DENIED.**

BY THE COURT:

**Berle M. Schiller, J.**