IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BERISH BERGER, et al., | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| RICHARD ZEGHIBE, et al., | : | No. 08-5861 |
| Defendants. | : | |

## ORDER

**AND NOW**, this **6th** day of **October**, **2010**, upon consideration of Defendant Mark Sahaya's Post-Trial Motion to Alter or Amend the Judgment and in the Alternative, for a New Trial, the Berger Plaintiffs' response thereto, and for the reasons stated in this Court's Memorandum dated October 6, 2010, it is hereby **ORDERED** that Defendant Mark Sahaya's motion (Document No. 266) is **DENIED.**

BY THE COURT:

/s/ Berle M. Schiller
**Berle M. Schiller, J.**