# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BERISH BERGER, et al.,** | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **RICHARD ZEGHIBE, et al.,** | : | No. 08-5861 |
| Defendants. | : | |

## ORDER

**AND NOW**, this **13th** day of **October**, **2010**, upon consideration of Defendants, Ravider Chawla and World Acquisition Partners Corporation's Renewed Motion for Judgment as a Matter of Law on Plaintiffs' Civil Conspiracy Claim Pursuant to Fed. R. Civ. P. 50, the Berger Plaintiffs' response thereto, and for the reasons stated in this Court's Memorandum dated October 13, 2010, it is hereby **ORDERED** that Defendants Ravider Chawla and World Acquisition Partners Corporation's motion (Document No. 267) is **DENIED.**

BY THE COURT:

**Berle M. Schiller, J.**